UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
10/25/2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

| | |
|---|---|
| JES'TERIEUZ J. HOWARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE WASHINGTON )<br>UNIVERSITY, et al., )<br>)<br>Defendants. ) | Civil Action No. 1:22-cv-02795 (UNA) |

## MEMORANDUM AND ORDER

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a complaint, ECF No. 1, and application for leave to proceed *in forma pauperis* ("IFP"), ECF No. 2, on September 12, 2022. Upon review, the court will grant the IFP application and dismiss the case.

The complaint in this matter raises claims and issues that are substantially similar, if not identical, to another lawsuit currently pending in this District, filed by the same plaintiff against the same defendants. *See Howard v. George Washington Univ., et al.*, No. 22-cv-02902 (JMC) (removed Sept. 26, 2022) at ECF No. 2 (Complaint). That case has observably progressed well beyond the stage of this action; it has already been assigned to a District Judge, and parties have already filed pending motions, *see* ECF Nos. 5, 6, including dispositive motions, *see* ECF No. 6.

"Considerations of comity and orderly administration of justice dictate that two courts of equal authority should not hear the same case simultaneously." *Washington Metro. Area Transit Auth. v. Ragonese*, 617 F.2d 828, 830 (D.C. Cir. 1980) (citing *Hilton Hotels Corp. v. Weaver*, 325 F.2d 1010, 1010 (D.C. Cir. 1963) (per curiam), *cert. denied*, 376 U.S. 951 (1964)).

Accordingly, it is hereby

1

**ORDERED** that the IFP application, ECF No. 2, is **GRANTED**, and the complaint, ECF No. 1, and this matter, are hereby **DISMISSED** as duplicative.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).


DATE: October 25, 2022              _____ s/s_____
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge